LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
DAVID A. CLARK
NEVADA BAR NO. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Diamond Creek Homeowner's Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND CREEK HOMEOWNERS' ASSOCIATION; UNDERWOOD PARTNERS LLC; NV EAGLES LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-00117-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO U.S. BANK, N.A.'S AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff U.S. BANK, N.A. and Defendant DIAMOND CREEK HOMEOWNERS' ASSOCIATION (DIAMOND CREEK), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant DIAMOND CREEK to file a Reply to Plaintiff's Amended Complaint shall be extended until **September 28, 2015.** The reply was currently due on August 18, 2015. The undersigned counsel was only retained on August 25, 2015, and an extension is necessary to enable DIAMOND CREEK sufficient time to prepare its Reply.

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

DATED this 28th day of August, 2015.

AKERMAN LLP

By: /s/ Melanie D. Morgan, Esq.
　　Melanie D. Morgan, Esq.
　　Christine M. Parvan, Esq.
　　1160 Town Center Dr., Suite 330
　　Las Vegas, NV 89144
　　702-634-5000
　　*Attorneys for Plaintiff U.S. Bank, N.A.*

DATED this 28th day of August 2015.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: /s/ David A. Clark
　　JOSEPH P. GARIN, ESQ.
　　NEVADA BAR NO. 6653
　　DAVID A. CLARK
　　NEVADA BAR NO. 4443
　　9900 Covington Cross Drive, Suite 120
　　Las Vegas, Nevada 89144
　　702-382-1500
　　*Attorneys for Defendant Diamond Creek Homeowner's Association*

**ORDER**

IT IS SO ORDERED.

DATED: September 1, 2015.

_____
UNITED STATES MAGISTRATE JUDGE