LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
DAVID A. CLARK
NEVADA BAR NO. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Diamond Creek Homeowner's Association*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9 | CASE NO: 2:15-cv-01177-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE REPLY TO U.S. BANK, N.A.'S AMENDED COMPLAINT** |
| DIAMOND CREEK HOMEOWNERS' ASSOCIATION; UNDERWOOD PARTNERS LLC; NV EAGLES LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(Second Request)** |
| Defendants. | |

Plaintiff U.S. BANK, N.A. and Defendant DIAMOND CREEK HOMEOWNERS' ASSOCIATION (DIAMOND CREEK), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant DIAMOND CREEK to file a Reply to Plaintiff's Amended Complaint shall be extended until **September 30, 2015.** The first ~~request~~ Response was due on September 28, 2015. Defendants have filed their ~~Reply~~ Response on September 30, 2015.

/ / /

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

1
2
3
4

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

5

DATED this 2nd  day of October, 2015.

6

AKERMAN LLP

7
8

By: ___/s/ Melanie D. Morgan, Esq._____

Melanie D. Morgan, Esq.
9  Christine M. Parvan, Esq.
1160 Town Center Dr., Suite 330
10  Las Vegas, NV 89144
702-634-5000
11  *Attorneys for Plaintiff U.S. Bank, N.A.*

12

DATED this 2nd day of October, 2015.

13

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

14
15

By:___/s/  David A. Clark_____

JOSEPH P. GARIN, ESQ.
16  NEVADA BAR NO. 6653
DAVID A. CLARK
17  NEVADA BAR NO. 4443
9900 Covington Cross Drive, Suite 120
18  Las Vegas, Nevada  89144
702-382-1500
19  *Attorneys for Defendant Diamond Creek Homeowner's Association*

20
21
22

**ORDER**

23

IT IS SO ORDERED.

24

DATED: ___October 2,_____, 2015.

25
26

_____

27

UNITED STATES MAGISTRATE JUDGE

28

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512