LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
DAVID A. CLARK
NEVADA BAR NO. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Diamond Creek Homeowner's Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND CREEK HOMEOWNERS' ASSOCIATION; UNDERWOOD PARTNERS LLC; NV EAGLES LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-01177-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO U.S. BANK, N.A.'S OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff U.S. BANK, N.A. and Defendant DIAMOND CREEK HOMEOWNERS' ASSOCIATION (DIAMOND CREEK), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant DIAMOND CREEK to Reply to U.S. BANK, N.A's Opposition to Motion to Dismiss or in the Alternative for Summary Judgment, shall be extended until **November 6, 2015.** The Reply was originally due on October 28, 2015. Plaintiffs have filed their Opposition on October 19, 2015.

/ / /

The parties have entered into the agreement in good faith and not for purposes of delay. Attorney for Defendant David A. Clark will be traveling out of town for a family funeral and hereby requests additional time. This is the parties' way of accommodating one another given the circumstances.

DATED this 27th day of October, 2015.

AKERMAN LLP

By: __/s/ Allison R. Schmidt_____
    Allison R. Schmidt, Esq.
    NEVADA BAR NO. 010743
    1160 Town Center Dr., Suite 330
    Las Vegas, NV 89144
    702-634-5000
    Attorneys for Plaintiff U.S. Bank, N.A.

DATED this 27th day of October, 2015.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: __/s/ David A. Clark_____
    JOSEPH P. GARIN, ESQ.
    NEVADA BAR NO. 6653
    DAVID A. CLARK
    NEVADA BAR NO. 4443
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    702-382-1500
    Attorneys for Defendant Diamond Creek Homeowners' Association

## ORDER

IT IS SO ORDERED.

DATED: October 28, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court