# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, Asset Backed Certificates, Series 2006-9,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIAMOND CREEK HOMEOWNERS' ASSOCIATION, et al.,<br><br>　　　　　Defendant. | 2:15-cv-01177-GMN-VCF<br><br>**ORDER** |

　　　　Before the court is Defendant Diamond Creek Homeowners Association's Request for an Order Allowing the Carrier to Appear Telephonically for the Settlement Conference (ECF NO. 73).

　　　　IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on Defendant Diamond Creek Homeowners Association's Request for an Order Allowing the Carrier to Appear Telephonically for the Settlement Conference (ECF NO. 73) is scheduled for 2:15 p.m., May 13, 2016. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

　　　　DATED this 11th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE