# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIAMOND CREEK HOMEOWNERS' ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-01177-GMN-VCF<br><br>**ORDER** |

　　　Before the Court is Defendant Diamond Creek Homeowners Association's Request to Allow Insurance Carrier Adjuster to Appear Telephonically for the Settlement Conference (ECF No. 78).

　　　IT IS HEREBY ORDERED that a telephonic hearing on Defendant Diamond Creek Homeowners Association's Request to Allow Insurance Carrier Adjuster to Appear Telephonically for the Settlement Conference (ECF No. 78) is scheduled for 9:00 a.m., July 19, 2016.  The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is <u>prohibited.</u>

　　　DATED this 14th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE