MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar. No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner @akerman.com

*Attorneys for U.S. Bank As Trustee For GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND CREEK HOMEOWNERS' ASSOCIATION; UNDERWOOD PARTNERS LLC; NV EAGLES LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATION I-X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 2:15-cv-01177-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 123 & 124]**<br><br>**[FIRST REQUEST]** |

Plaintiff/Counter-Defendant U.S. Bank As Trustee For GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9 (**U.S. Bank** and Defendant/Counter-Claimant/Third Party Plaintiff NV Eagles LLC (**NV Eagles**, collectively the **parties**), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. NV Eagles filed its motion for summary judgment on March 12, 2020 [ECF No. 123].

2. U.S. Bank filed its renewed motion for summary judgment on March 16, 2020 [ECF No. 124].

1

52584999;1

3. U.S. Bank's opposition to NV Eagles' motion for summary judgment is due on or before April 2, 2020 [ECF No. 123].

4. NV Eagles' opposition to U.S. Bank's renewed motion for summary judgment is due on or before April 6, 2020 [ECF No. 124].

5. The parties stipulate and agree to allow U.S. Bank an additional fourteen (14) days, up to and including **Thursday, April 16, 2020**, to file an opposition to NV Eagles' motion for summary judgment.

6. The parties also stipulate and agree to allow NV Eagles an additional fourteen (14) days, up to and including **Monday, April 20, 2020**, to file an opposition to U.S. Bank's renewed motion for summary judgment.

This is the first request for an extension of these deadlines. This request is not made to cause any undue delay or prejudice to any party.

| DATED: April 2, 2020. | DATED: April 2, 2020 |
|---|---|
| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
| */s/ Rex D. Garner* | */s/ Joseph Y. Hong* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank As Trustee For GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9* | JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>*Attorney for NV Eagles LLC* |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT
Case No.: 2:15-cv-01177-GMN-NJK

DATED this __2__ day of April, 2020.

52584999;1